| | | |
|---|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
| | * | SUPREME COURT |
| | * | OF MARYLAND |
| v. | * | Misc. AG Docket No. 54 |
| JON WILLIAM NORRIS | * | September Term, 2022 |

## O R D E R

Upon consideration of the Joint Petition for Order Transferring the Respondent to Disability Inactive Status by Consent filed by the Attorney Grievance Commission and the Respondent, Jon William Norris, on January 30, 2023, to transfer the Respondent to disability inactive status by consent pursuant to Maryland Rule 19-736(c), it is this 30th day of January, 2023

ORDERED, by the Supreme Court of Maryland, that the Joint Petition is GRANTED, and the Respondent, Jon William Norris, is hereby transferred to disability inactive status by consent, and it is further

ORDERED that the Clerk of this Court shall remove the name of Jon William Norris from the register of attorneys in this Court and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Shirley M. Watts
Senior Justice



Gregory Hilton, Clerk